UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTONIO GOMEZ,<br><br>            Defendant. | Case No. Gomez (16-287)<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The Court issued an order detaining defendant on November 8, 2016 in case number MJ16-468 for the following reasons. Defendant's circumstances have not changed since then, and the Court accordingly finds defendant has not overcome the presumption of detention that flows from his current charges. As the Court noted in the November 8, 2016 order, defendant denied problems with alcohol consumption but has three convictions for Driving Under the Influence in the last four years, one of which is pending sentencing and one of which has an outstanding warrant for failing to appear for hearing. Defendant has a number of failures to

DETENTION ORDER - 1

appear for hearing in his criminal record. Defendant has no family ties to this district, other than a relationship of approximately eight month's duration. He denies possession of either an enhanced drivers license or passport, yet admitted recent travel out of the country to Mexico. Defendant may move to reopen if he there is new information to present that bears on his custody status.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending final disposition and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 15th day of December, 2016.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2