Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-287JLR |
| Plaintiff | [~~PROPOSED~~] ORDER TO SEAL |
| v. | |
| ANTONIO GOMEZ, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained within the United States' Response in Opposition to Defendant Antonio Gomez's Motion to Suppress Evidence;

//
//
//

Order to Seal
U.S. v. Gomez, CR16-287JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is hereby ORDERED that the United States' Response in Opposition to Defendant Antonio Gomez's Motion to Suppress Evidence shall remain sealed.

DATED this 4th day of August, 2017.

JAMES L. ROBART
United States District Judge

Presented by:

*S/ Steven T. Masada*
STEVEN T. MASADA
S. KATE VAUGHAN
Assistant United States Attorneys

Order to Seal
*U.S. v. Gomez*, CR16-287JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970